FILED
CHARLOTTE, NC

AUG 1 2 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Case No. 1:24-CV-208-MR
*(to be filled in by the Clerk's Office)*

Paul Valdez JR. BEY
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Dustin Smith.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Paul Valdez JR-BEY
   All other names by which you have been known:
   ID Number: 15359#
   Current Institution: Cherokee county
   Address: 577 Regal Street
   murphy     NC     28906
   City        State   Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Dustin Smith
   Job or Title *(if known)*: Sheriff
   Shield Number: N/A
   Employer: Deputy
   Address: Cherokee county Detention center
   murph     N.C.    28906
   City      State    Zip Code
   [ ] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: captain Smith
   Job or Title *(if known)*: Deputy
   Shield Number: N/A
   Employer: Dustin Smith/Cherokee county Detention
   Address: 577 Regal Street
   murphy     N.C.    28906
   City       State    Zip Code
   [ ] Individual capacity   [✓] Official capacity

Defendant No. 3
Name: L.T. Avero
Job or Title (if known): Deputy
Shield Number: N/A
Employer: Cherokee County Detention Center
Address: 577 Regal Street
Murphy, N.C. 28906

[ ] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: Sgt Gibbs
Job or Title (if known): Deputy
Shield Number: N/A
Employer: Cherokee County Detention Center
Address: 577 Regal Street
Murphy, N.C. 28906

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment. Constitutional rights freedom to Practice religion

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Name: mr, Sgt flattenes
Job or Title: Deputy
Shield number: N/A
Employer: cherokee county Detention center.
Address: murph        N.C.        28906
         City         State       zipcode

☒ official capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> Captain Smith, LT Avero, Sgt Flattenes Since 3-13-24 →

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

> 6-21-24 A Pod Cherokee County detention center @ 1:50 Pm

When me, and 3 other muslim Brothers asked to be removed off Ramadan Because the Food was being Braught to me late and our food was ice cold. Sgt Flattenes told me Just Because I'm the Iman doesnt give me the right to tell them how my food or when my food needs to be Braught to me. after Demargo coleman filed a grievance after me He woke me out my sleep and said come to the Hallway being to the matter of a complaint from 4-4-2024 when i was out there sgt flattenes yelled at me told me to shut the Hell up with his other colleguer who surrounded me mr coleman only wanted me Present Because He didnt know much about the muslim faith. Every since Ive Been Verbally abused by captain smith & LT Avero. told me on 6-7-24 @ 2:30Pm Because i told Him to be mindful of us praying and informed him If they was to Break my sutrah while praying i would Have to physically stop him to prevent him from Breaking It. While we Attended friday Jumah, from then They said if you wasnt of the muslim faith then no one would be allowed I told him thats a 1st Amendment violation and any one is Allowed at Jumah. They Both said it wasnt up for debate we Attended Jumah the following week 6-14-24 But when 6-21-24 that same shift came Back with mrs sgt flattenes and sgt Gibbs told us that unless they was on the list as muslims they could not go. and Then a Big commotion came

About then they let us go to Jumah after 20 mins after 2:00 6-21-24 then we was told Kevin Vanover couldnt attend was disrupted. So. on 6-23-21 me and my muslim Brothers went to church at 1:45 to 2:02 to show Sgt Gibbs who prevented our last service with Sgt Flattenes mrs and mr. Flattenes and Lt Avero now after they find out that we are Indeed allowed to Have any one attend Jumah they moved us after 7-12-24 Jumah they said the chapel was busy and the rec room had tools in there. Then next friday Jumah they send me to the hole with no charges like they did Before except This time I'm Being targeted They Put me in the hole to stop me from Holding Jumah last time all the charges was dismissed Because it was lies. This time I was told I was Being Reclassified Because I'm Exhorting control over other Inmates with no charge at All So I cant Teach my muslim Brothers The ones they didnt move Because of my religion I'm being Persecuted and Because I'm a Black muslim who knows the law.

C. What date and approximate time did the events giving rise to your claim(s) occur?

3-13-24, 8:00am 4-4-24, 5:00pm 6-7-24 2:00pm 6-21-24 1:50pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want people of all colors not to be persecuted Because of they're faith and Targeted because of they're color and for the people who took a oath to uphold the constitutional rights of Humans to due so and relief for Pain and suffering. 1,000,000 $

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Cherokee county Dentention center.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

    cherokee county detention center

2. What did you claim in your grievance?

    1st Amendment rights being violated

3. What was the result, if any?

    no results

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I sent Grievances to yall and ask to copy and send Back i never got them Back so I'm sending more these are the chorges that →

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Paul Valdez-Bey
   Defendant(s) officer Patton, officer sims, Officer casteline

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Buncombe County

3. Docket or index number
   1:19-cv-00333-FDW

4. Name of Judge assigned to your case
   Frank D. Whitney

5. Approximate date of filing lawsuit
   12-3-19

6. Is the case still pending?
   ☒ Yes
   ☑ No
   If no, give the approximate date of disposition. I Dont Know

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   I Dont Know

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? No

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-6-24

Signature of Plaintiff: Paul Valdez JR - Bey
Printed Name of Plaintiff: Paul Valdez JR-Bey
Prison Identification #: 15359
Prison Address: 577 Regal Street, murphy, NC 28906

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____