# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Paul Valdez-Bey Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:24-cv-00208-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Dustin Smith, et al., | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2024 Order.

November 5, 2024

*Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court